# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **TOM PROCTOR,**<br><br>    Plaintiff,<br><br>v.<br><br>**NEXT HEALTH LLC,** *et al.*,<br><br>    Defendants. | §§§§§§§§§§§<br><br>Civil Action No. 4:17-cv-169-ALM-KPJ |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 22, 2023, the Magistrate Judge entered a report and recommendation (Dkt. #223) that Defendant Semyon Narosov's "Rule 4 Motion to Dismiss" (the "Rule 4 Motion") (Dkt. #202) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Defendant Semyon Narosov's Rule 4 Motion (Dkt. #202) is **DENIED**.

SIGNED this 2nd day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE