# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TOM PROCTOR, § § § § § § § § § § | Civil Action No. 4:17-cv-00169 Judge Mazzant/Judge Davis |
| *Plaintiff*, | |
| v. | |
| NEXT HEALTH LLC, *et al.*, | |
| *Defendants*. | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 14, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #270) that Relator Tom Proctor's Motion for Summary Judgment (Dkt. #253) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Relator Tom Proctor's Motion for Summary Judgment (Dkt. #253) is hereby **DENIED.**

**IT IS SO ORDERED**.

SIGNED this 3rd day of December, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE