# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. TOM PROCTOR, | § § § | |
| *Relator,* | § | Civil Action No. 4:17-cv-00169 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| NEXT HEALTH LLC, | § § | |
| *Defendant.* | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 5, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #300) that Relator Tom Proctor's Motion for a Default Judgment (Dkt. #287) and Motion for a Determination of Damages (Dkt. #290) be granted, Relator's earlier Motion for a Default Judgment (Dkt. #283) and Pre-Hearing Motion for Default Damages (Dkt. #293) be dismissed as moot, and the government be awarded damages.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

The Magistrate Judge also ordered that, within 14 days of the docketing of his Report and Recommendation, Relator file a bill of costs and an accounting of the expenses and attorneys' fees he reasonably incurred in prosecuting this case. (Dkt. #300 at 21). Relator failed to file a bill of costs or accounting by that deadline, so each party shall bear its own costs and attorneys' fees. *See Port*

*of Stockton v. W. Bulk Carrier KS*, 371 F.3d 1119, 1121–22, 1121 n.1 (9th Cir. 2004) (concluding that a litigant's failure to timely file a request for attorneys' fees forfeited any claim to fees).

It is therefore **ORDERED** that Relator Tom Proctor's Motion for a Default Judgment (Dkt. #287) and Motion for a Determination of Damages (Dkt. #290) are **GRANTED** and that Relator's earlier Motion for a Default Judgment (Dkt. #283) and Pre-Hearing Motion for Default Damages (Dkt. #293) are **DISMISSED AS MOOT**.

It is **FURTHER ORDERED** that the United States be awarded a judgment in the amount of $448,545,910.96 plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 against Defendant Next Health, LLC, with 25% of any recovery to be paid to Relator.

**IT IS SO ORDERED**.

 **SIGNED** this 6th day of March, 2026.


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2